**Appeal Dismissed and Memorandum Opinion filed December 22, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00607-CV

---

## BRIAN GUIDRY, Appellant

## V.

## GPE 1331 LLC, Appellee

---

### On Appeal from County Civil Court at Law No. 4
### Harris County, Texas
### Trial Court Cause No. 1156853

---

### MEMORANDUM OPINION

This appeal is from a judgment signed September 2, 2020. The clerk's record was filed September 8, 2020. No reporter's record was taken. No brief was filed.

On November 10, 2020, this court issued an order stating that unless appellant filed a brief on or before December 10, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Poissant.